■ DEE'S REALTY ENTERPRISES, LTD., Appellant, v JOSEPH

DiPiazza, Doing Business as Madajos Video Exchange III, Defendant, and Martin & Molinari, Nonparty Respondent. [612 NYS2d 881] —In an action to recover damages for breach of a lease, the plaintiff appeals from an order of the Supreme Court, Queens County (Lonschein, J.) dated December 20, 1991, which denied its motion, *inter alia,* to compel the plaintiff's former counsel to turn over its files to the plaintiff's new attorney, and awarded former counsel a retaining lien in the amount of $4,135.

Ordered that the order is affirmed, with costs.

The plaintiff has failed to demonstrate that outgoing counsel was relieved for cause. Thus, outgoing counsel is entitled to a retaining lien *(see, Fields v Casse,* 182 AD2d 738). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.